IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,[1] | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 16-1079 |
| LLOYD INDUSTRIES, INC., ET AL., | : | |
| Defendants. | : | |

# ORDER

**AND NOW,** this 5th day of December, 2017, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 17), Plaintiff's Response in opposition (Doc. No. 18), and Defendants' Reply in support (Doc. No. 19), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' motion is **DENIED**.

**IT IS FURTHER ORDERED** that:

1. On or before **March 27, 2018**, counsel for each party shall serve upon counsel for every other party:

    (a) a copy of each exhibit the party expects to offer at trial, together with an index of all trial exhibits; and

    (b) proposed stipulations.

---

[1] R. Alexander Acosta, the current Secretary for the Department of Labor, has been substituted for Thomas E. Perez as the Plaintiff pursuant to Fed. R. Civ. P. 25(d).

1

2. No later than **April 17, 2018**, the parties shall file their pre-trial memoranda and motions *in limine*. The pretrial memoranda shall be prepared in conformance with Local Rule of Civil Procedure 16.1(c), and shall include the following:

   (a) the identity of each fact witness, liability and damages, to be called at trial with a brief statement of the nature of the expected testimony (witnesses not listed may not be called by that party in its case-in-chief);

   (b) the identity of each expert witness to be called at trial with a brief statement of each opinion to be offered by the expert;

   (c) designation of videotaped trial testimony and deposition testimony to be offered at trial;

   (d) a list of each item of monetary damages claimed, including, as appropriate, computations of lost earnings and loss of future earning capacity, medical expenses, property damages, and any other economic loss; or, if relief other than monetary damages is sought, information adequate for framing an order granting the relief sought;

   (e) stipulations, if any;

   (f) objections to and the grounds for the objections to the admissibility of any item of evidence including exhibits expected to be offered by another party;

   (g) any party objecting to deposition testimony shall file the objections, setting forth the page and line numbers of the challenged testimony and a clear statement for the basis for each objection. The objecting party must

> provide the Court with a copy of the portions of the deposition transcript with the challenged testimony highlighted; and
>
> (h) a statement of any anticipated legal issues on which the Court will be required to rule.

3. Responses to motions *in limine*, if any, shall be filed no later than **May 8, 2018**.

4. No later than **May 22, 2018**, the parties shall file <u>joint</u> proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories to the jury. Each party also shall file proposed jury instructions, verdict forms or special interrogatories on those issues not agreed upon by the parties. Each jury instruction shall be submitted on a separate sheet of paper, double-spaced, with references to citations and pattern jury instructions where appropriate.

5. Prior to the final pre-trial conference, counsel shall confer regarding stipulations and exhibits. Counsel shall resolve, if possible, objections to exhibits and witnesses.

6. A final pre-trial conference will be held on **May 29, 2018 at 10:00 a.m.** in Chambers. Counsel shall supply the Court with a tabbed exhibit binder and exhibit index. Additional binders shall also be prepared for the Deputy Clerk and for use with witnesses.

7. At the final pre-trial conference, counsel shall be prepared to argue pending motions *in limine* and objections to witnesses and exhibits.

8. This case will be listed for trial on **June 5, 2018 at 10:00 a.m.** in Courtroom 4-B. Counsel and all parties shall be prepared to commence trial on that date. All counsel are attached for trial.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**