# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS E. PEREZ,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 16-cv-1079 |
| **LLOYD INDUSTRIES, INC., ET AL.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 1st day of August, 2019, upon consideration of Defendants' Renewed Motion for Judgment as a Matter of Law and/or a New Trial (ECF No. 85), and the Secretary's response thereto (ECF No. 90), it is hereby **ORDERED** that Defendants' Motion is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**