IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS E. PEREZ,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 16-cv-1079 |
| **LLOYD INDUSTRIES, INC., ET AL.,** | : | |
| *Defendants.* | : | |

## ORDER AND JUDGMENT

**AND NOW**, this 8th day of August, 2019, noting that, on April 2, 2019, a jury determined that Defendants Lloyd Industries and William Lloyd violated § 11(c) of the Occupational Safety and Health Act, 29 U.S.C. § 660(c)(1) (ECF No. 75), and following a bench trial on the issue of damages held on May 29, 2019 and May 30, 2019 (ECF Nos. 93, 100), and upon consideration of the parties' submissions on damages (ECF Nos. 106, 107), it is hereby **ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered in favor of the Secretary of Labor (originally Thomas Perez and now Alexander Acosta), and against Defendants, Lloyd Industries, Inc. and William Lloyd, in accordance with the Findings of Fact and Opinion filed with this Judgment, as follows:

– Backpay damages for Matthew Spillane in the amount of **$117,710**, consisting of $92,563 in back pay; $13,763 in prejudgment interest; and $11,384 tax gross up;

– Backpay damages for Santos Sanna in the amount of **$373,568** to Mr. Santos Sanna, consisting of $281,691 in back pay, $37,357 in prejudgment interest, and $54,520 tax gross up;

– Front pay damages for Santos Sanna in the amount of **$56,121**;

1

- Punitive damages of **$500,000**, consisting of $100,000 in favor of Matthew Spillane and $400,000 in favor of Santos Sanna;

- Additional equitable relief requiring Defendants to **immediately post** the anti-retaliation notice until **Monday, October 7, 2019**; and

- The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**