# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br>　　　　Plaintiff,<br>　v.<br>LLOYD INDUSTRIES, INC., and WILLIAM P. LLOYD, an individual,<br>　　　　Defendants. | Civil Action No. 16-cv-1079-MSG |

## **NOTICE OF APPEAL**

TO: THE CLERK OF THE COURT; and
TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendants Lloyd Industries, Inc., and William P. Lloyd appeal to the United States Court of Appeals for the Third Circuit from the final orders of the district court, including but not limited to the August 1, 2019 Order denying Defendants' Renewed Motion for Judgment as a Matter of Law and/or a New Trial (Dkt. No. 109, attached as Exhibit A) and the August 9, 2019 Order entering judgment in favor of the Secretary of Labor in the amount of $1,047,399 (Dkt. No. 111, attached as Exhibit B).

Dated: September 3, 2019

Respectfully submitted,

*/s/ Christen L. Casale*
Brandon J. Brigham (PA # 306453)
Christen L. Casale (PA # 320638)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel:    215.963.5000
Fax:    215.963.5001
brandon.brigham@morganlewis.com
christen.casale@morganlewis.com

Jonathan L. Snare (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel:    202.739.5446
Fax:    202.739.3001
jonathan.snare@morganlewis.com

Jason S. Mills (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Floor 22
Los Angeles, CA 90071-3132
Tel:    213.612.7387
Fax:    213.612.2501
jason.mills@morganlewis.com

*Counsel for Defendants*
*Lloyd Industries, Inc. and William P. Lloyd*