# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>19-3034</u>

Secretary United States Depart v. Lloyd Industries Inc, et al

(U.S. District Court No.: 2-16-cv-01079)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    April 15, 2020
TMM/cc:   Ms. Kate Barkman
Louise M. Betts, Esq.
Brandon J. Brigham, Esq.
Christen L. Casale, Esq.
Jonathan L. Snare, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate