UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD INDUSTRIES, INC., and<br><br>WILLIAM P. LLOYD, an individual,<br><br>Defendants. | Civil Action No. 16-cv-1079-MSG |

**NOTICE OF SATISFACTION OF JUDGMENT AND REQUEST TO RELEASE BOND**

Plaintiff Eugene Scalia, The Secretary of Labor, and Defendants Lloyd Industries, Inc. and William P. Lloyd, through the undersigned counsel, hereby notify the Court that the Judgment entered by the Court on August 9, 2019 (ECF 111) has been satisfied as to all Defendants through a settlement agreement. Accordingly, Defendants respectfully request that the Court enter an Order releasing the supersedeas bond in the amount of $1,256,879.00 with Zurich American Insurance Company, Colonial American Casualty And Surety Company, and Fidelity and Deposit Company of Maryland, posted on or about November 1, 2019. (*See* ECF Entry dated November 1, 2019). Plaintiff Secretary of Labor does not object to this request. Respectfully submitted,

| | |
|---|---|
| /s/ Judson Dean<br>Judson Dean, Esq.<br>Senior Attorney<br>U.S. Department of Labor<br>Office of the Solicitor,<br>170 S. Independence Mall West, Suite 630E<br>Philadelphia, PA 19106<br>(215) 861-5138 (phone)<br>(215) 861-5162 (fax)<br>dean.judson@dol.gov | /s/ Brandon J. Brigham<br>Brandon J. Brigham, Esq.<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-4780 (direct)<br>(215) 963-5000 (main)<br>(215) 963-5001 (fax)<br>brandon.brigham@morganlewis.com |

## **ATTESTATION REGARDING CONCURRENCE**

In accordance with Court's Local Rules and the Clerk's Procedural Handbook , I, Brandon J. Brigham, counsel for Defendants, attest that each other signatory listed above has concurred in this filing.

## **CERTIFICATE OF SERVICE**

  I, Brandon J. Brigham, hereby certify that on this 2nd day of June 2020, I filed via the Court's ECF system, the foregoing document which caused electronic notification upon all counsel of record.

              /s/ Brandon J. Brigham
              Brandon J. Brigham
              brandon.brigham@morganlewis.com
              MORGAN, LEWIS & BOCKIUS LLP
              1701 Market Street
              Philadelphia, PA 19103
              (215) 963-5000
              (215) 963-5001 (fax)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD INDUSTRIES, INC., and<br><br>WILLIAM P. LLOYD, an individual,<br><br>Defendants. | Civil Action No. 16-cv-1079-MSG |

**[PROPOSED] ORDER MARKING JUDGMENT AS SATISFIED
AND RELEASING SUPERSEDEAS BOND**

Pursuant to the Parties' Notice of Satisfaction of Judgment, the Court hereby ORDERS that the Judgment entered on August 9, 2019 (ECF 111) has been satisfied by Defendants as to Plaintiff. Accordingly, the Court further ORDERS the supersedeas bond in the amount of $1,256,879.00 with Zurich American Insurance Company, Colonial American Casualty And Surety Company, and Fidelity and Deposit Company of Maryland, posted on or about November 1, 2019 be RELEASED.

**SO ORDERED**, this \_\_\_\_th day of _____, 2020

_____
HON. MITCHELL S. GOLDBERG
United States District Judge