# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD INDUSTRIES, INC., and<br><br>WILLIAM P. LLOYD, an individual,<br><br>Defendants. | Civil Action No. 16-cv-1079-MSG |

### ORDER MARKING JUDGMENT AS SATISFIED
### AND RELEASING SUPERSEDEAS BOND

Pursuant to the Parties' Notice of Satisfaction of Judgment, the Court hereby ORDERS that the Judgment entered on August 9, 2019 (ECF 111) has been satisfied by Defendants as to Plaintiff. Accordingly, the Court further ORDERS the supersedeas bond in the amount of $1,256,879.00 with Zurich American Insurance Company, Colonial American Casualty And Surety Company, and Fidelity and Deposit Company of Maryland, posted on or about November 1, 2019 be RELEASED.

**SO ORDERED**, this  3rd  day of    June        , 2020

  */s/ Mitchell S. Goldberg*
  HON. MITCHELL S. GOLDBERG
  United States District Judge